Jose Javier Gonzalez- Lopez
Reg. No. 36609-079
Cedar Hill Unit /
3711 Wright Ave.
Big Spring Texas, 79720

United States District Court
Southern District of Texas
FILED

DEC 1 1 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

B -01- 203

| | |
|---|---|
| JOSE JAVIER GONZALEZ-LOPEZ<br>AKA :Ramon Gonzalez<br>Petitioner<br><br>vs.<br><br>United States of America<br>Respondent | Case No.1:99CR00308-001<br><br>Motion To Vacate, Set Aside<br>or Correct Sentence, Pursuant<br>to 28 U.S.C. §2255 |

COMES NOW, Jose Javier Gonzalez, , acting in propria persona, Moves this Honorable Court to respectfully Submitted this motion to set aside or correct sentence pursuant to 28 U.S.C.S § 2255. This motion is supported by the Attached Statements of the Case and Memorandum of Points and Authorities.

Respectfully submitted this Dec.6, 2001

*Jose J Gonzalez* (signature)
Jose Javier Gonzalez-Lopez
Reg. No. # 36609-079
Pro se

## STATEMENT OF THE CASE

On Aug. 26, 1999, Jose Javier Gonzalez-Lopez pled guilty to the indictment as charged, the indictment field in the Southern District of Texas, Brownsville Division. The indictment charges that on July 9, 1999, the petitioner, who had been convicted of an aggravated felony, Possision of Marihuana, which occurred on or about April 15, 1987, in Brownsville, Texas, and who was thereafter excluded, deported and removed from the United States on Aug. 19, 1992, and who had not received the consent of the Attorney General of the United States to reapply for admission, attempted to enter, entered and was found in the United States in the Western District of Texas in violation of 8 U.S.C. §1326(a)(1).

On Aug. 26, 1999, Petitioner plead guilty to the Indictment as charged.

On November 3, 1999, Honorab;e Filemon B. Vela U.S. District Judge, sentenced to serve seventy (57) months in the custody of the Bureau of Prisons, and imposed a three-year term of supervised release and a $100 special assessment.

Comes Now, Jose Javier Gonzalez-Lopez, respectfully submits this Motion under 28 U.S.C. § 2255. This motion is based on new Supreme Court decission __Aprendi V. New Jersy 530 US. 466, 67 CrL. 483 (2000)__, Immigration by Illegal Re-entry enhancement.

## STATEMENT OF THE ISSUE

### Sentencing-Immigration Violations-Prior Felony Conviction Enhancement- Change in Classification of Prior Felony

A Felony conviction incurred by an Alien before his deportation is one for an " aggravated felony ", thereby triggering an enhanced sentence for his subsequent offense of illegal re-entry, if the prior crime was included on the original indictment **Aprendi V New Jercy 120 S. Ct. 2348 (2000)**.

## ARGUMENT

The indictment charged Petitioner Roberto Aldana- Moreno with violation 8 U.S.C. §1326 (a)(1) by reentering the United States after removal. Section §1326 (a) punishes that offense by a term of imprisonment not to <u>exceed two (2) years</u>. Due to a subsequent conviction of April 15, 1967, for a "aggravated felony " conviction of Possesion of Marihuana, Defendants offense level was increased by sixteen +(16) level pursuant to U.S.S.G. § 2L1.2 (b)(1)(A). (Stateded on) Petitioners' Presentence Investigation Report (PSI).

The <u>Aprendi V. New Jercy 120 S. Ct. 2348 (2000)</u> issue stateded that a Judge can not impose a greather sentence that the one permited by the law that serve as Base Charge 8 U.S.C. 1326(a)(1) up to (24 Months) in this case and if is an mayor crime on his prior criminal history , it should be presented to a jury to be proved beyond a reasonable doubt , to be able to depart from the original Sentencing guideline (24) Months . Adjustment for Acceptance of Responsibility: A three level reduction is warranted under U.S.S.G. § 3E1.1(a)and(b)(2). a minus -3 ,with a criminal history of 1V .

## AUTHORITIES

Based on new Supreme Court Decission <u>Aprendi V. New Jersy</u>  Re-entry enhancement .

One aggravated felony for a prior conviction for which have warranted enhancement of defendants' sentence to a total offense level of 21 with criminal history of1V brought the Imprisonment Range : 57 to 71 months and a supervised release : 2 to 3 years Special assessment fee ; of $100. Doll .

<u>Wen in fact with this new recent decision it should be from 9 to 14 month's.</u>

## CONCLUSION

**THEREFORE,** for the above mention reason, Petitioner Jose Javier Gonzalez-Lopez prays this Honorable Court to vacate his 57 month sentence and grant this Motion , and resentence him with the new law with regard to sentencing should be applied accordingly , based on the recent decision rendered by the new Supreme Court decissionon the; Immigration by Illegal Re-entry enhancement .

Respectfully submitted this __6__ day of Dec. 6, 2001

*Jose J. Gonzalez* (signature)

Jose Javier Gonzalez-Lopez

Reg No. 36609-079
pro-se

## CERTIFICATE OF SERVICE

I, Jose Javier Gonzalez-Lopez, hereby affirm that on this ___6___ day of _Nov_, 2001, I deposit in the receptacle for the United States mail provided for inmates at this institution, fist class postage prepaid, in a sealed enveloped addressed to:

A.U.S.A.
_____
_____
_____

DATE: 11/6/01

Respectfully,

_[signature]_

Jose Javier Gonzalez-Lopez
Reg No. 36609-079
Pro se