# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

DEC 11 2001

Michael N. Milby
Clerk of Court

Jose Javier Gonzalez-Lopez
Reg.# 36609-079
Pro-se

B - 01 - 203

United States Of America
Respondent,

v.

Jose Javier Gonzalez-Lopez
Petitioner

Case No. 1:99CR00306-001

Civil Case No. _____

Motion To Vacate to proceed in Forma Pauperis

COMES NOW Petitioner, Jose Javier Gonzalez-Lopez, acting in pro-se respectfully submmits this motion to proceed in forma pauperis in the above entitle case ; that in support of my motion to proceed without being required to pay fees, Court costs or give security therefore I state that because of my poverty I 'am, unable to pay the costs of said proceedding. this motion is supported by the attached financial statement.

Respectfully submitted the ___6___ day of Dec.. 2001

_Jose J Gonzalez_

Jose Javier Gonzalez-Lopez
Reg.# 36609-079
Cedar Hill Unit
3711 Wright Ave.
Big Spring Texas, 79720 Pro-se

# FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Prisons (NDOP), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254, the filing fee is $5.00, and such fee will have to be paid by me if the current account balance (line #1 below), the average account balance (line #2 below), or the average deposits to my account (line #3), whichever is greater, is $20.00 or more;

(2) if I submit documents to a federal court causing a civil action to be opened (such as a civil rights complaint pursuant to 42 U.S.C. § 1983), the filing fee is $150.00, which I must pay in full, and:

(a) if my current account balance (line #1 below) is $150.00 or more, I will **not qualify** for *in forma pauperis* status and I must pay the full filing fee of $150.00 before I will be allowed to **proceed** with the action;

(b) if I do **NOT** have $150.00 in my account as reflected on line #1 below, before the action will be served on the defendants I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOP, I hereby authorize the NDOP to make such deductions from deposits to my account, and I further understand that 20% of funds deposited to my account --the amount that is guaranteed to me as spendable money--will go towards paying the required filing fee); and

(c) I must continue to make installment payments until the $150.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement;

(3) I must attach to this form a print-out of the transactions to my account for the past 6 months.

Type of action (check one) _____ civil rights _____ habeas corpus

Gonzalez Lopez, Jose Javier           Jose J Yong 36609C
INMATE NAME (printed)                 SIGNATURE & PRISON NUMBER

1. CURRENT ACCOUNT BALANCE            1454.28

2. AVERAGE MONTHLY BALANCE*           200.00

3. AVERAGE MONTHLY DEPOSITS*          200.00

4. FILING FEE (based on #1, #2 or #3, whichever is greater)   _____

* for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained

I hereby certify that as of this date, the above financial information is accurate for the above named inmate.

(Please sign in ink in a color other than black.)

                                      Mary Juarez
                                      AUTHORIZED OFFICER
                                      Case Manager
_____                              TITLE
DATE