Jose Javier Gonzalez-Lopez
Reg. No. 36609-079
Cedar Hill Unit
3711 Wright Ave.
Big Spring Texas, 79720

United States District Court
Southern District of Texas
FILED

JAN 0 2 2002

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOSE JAVIER GONZALEZ-LOPEZ<br><br>Petitioner<br><br>vs.<br><br>United States of America<br>Respondent | Criminal Case No. B-99-308<br>Civil Case No. B-01-203<br><br>Motion To Response<br>Magistrate Recomendation |

    **COMES NOW**, Jose Javier Gonzalez-Lopez, , acting in propria persona, Moves this Honorable Court to respectfully Submitted this motion to Response to Magistrate Report and Recomendations to 28 U.S.C.S § 2255.

    Respectfully submitted this Dec. 27, 2001

*/s/ Jose J Gonzalez*
Jose Javier Gonzalez-Lopez
Reg. No. # 36609-079
Pro se

## STATEMENT OF THE CASE

On December 11, 2001, Jose Javier Gonzalez-Lopez summit a Motion to vacate, set Aside or Correect Sentence, pursuant to 28 U.S.C. 2255 in which he claim to be sentence over the maximum Penalty of (24) Months, he also claims to have an oral agreement with his attorney at the time of his arrest, in which he (Attorney) advise him of the penalty for his offence, that penalty will not exeed (24) months, at that point the defendant agreed to the guilty plead, it was not till the sentencing date that he new of the enhancement-change in classification of prior conviction (Possesion of Marihuana, on April 15, 1987).

On Aug. 26, 1999, Petitioner plead guilty to the Indictment as agreed with his Attorney. that this offence will be pursuant to 8 U,S.C, 1326 (a).

**Comes Now, Jose Javier Gonzalez-Lopez** respectfully submits This motion based on the recent decision APRENDI v. NEW JERCEY.

## CONCLUSION

**THEREFORE,** for the above mention reason, Petitioner Jose Javier Gonzalez- Lopez prays this Honorable Court to vacate his 57 month sentence and grant this Motion. Respectfully submitted this _27_ day of Dec., 2001

*Jose J Gonzalez* (signature)

Jose Javier gonzalez- Lopez
Reg No. 36609-079
pro-se

## CERTIFICATE OF SERVICE

I, Jose Javier Gonzalez- Lopez, hereby affirm that on this 27 day of Dec 2001, I deposit in the receptacle for the United States mail provided for inmates at this institution, fist class postage prepaid, in a sealed enveloped addressed to:

DATE: 12/27/01

Respectfully,

*[signature]*

Jose Javier Gonzalez- Lopez

Reg No. 36609-079

Pro se